SEALED

McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

FILED

SEP 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY KING,<br>aka Silenz,<br>aka Silenz420,<br>aka sZ,<br>aka GregK,<br>aka Gregk707,<br>Defendant. | CR. NO. 2:07-CR-0442 LKK<br><br>VIOLATION: 18 U.S.C. § 1030(a)(5), (c)(4)(A) Transmission of Code to Cause Damage to a Protected Computer (Four Counts) |

INDICTMENT

COUNT ONE: [18 U.S.C. § 1030(a)(5), (c)(4)(A) - Transmission of Code to Cause Damage to a Protected Computer]

The Grand Jury charges:

GREGORY KING,
aka Silenz,
aka Silenz420,
aka sZ,
aka GregK,
aka Gregk707,

defendant herein, as follows:

///

1. At all times material herein,

a. GREG KING, a/k/a "Silenz, Silenz420, sZ, GregK, Gregk707," with varying capitalizations, was an individual living in Fairfield, California.

b. Killanet was an interactive forum where members could share advice on graphic design, web design, photography, and gaming, among other things. Killanet was organized under the laws of the Country of Canada and operated by persons located in Canada and the United States, among other places. Killanet's website, killagraphix.com, was hosted by computer servers that were located in the state of Texas and connected to the Internet.

c. Internet Relay Chat ("IRC") is a text based communications protocol for person-to-person communication ("chat") between computers on the Internet. IRC requires one or more servers and one or more clients. A client is a computer, or software running on that computer, that is used by a person to chat via IRC. A server is a computer, or software running on that computer, that manages connections between the many clients and relays messages to the appropriate recipients. IRC offers the ability to have private conversations with only select clients, or public conversations with only select clients, or public conversations with multiple clients. IRC uses "channels" to determine which users are parties to which conversations. IRC supports the use of passwords, or "keys" to limit access to servers and channels. IRC also provides an administrative level of access, known as an "operator," at the channel and server level to provide configuration and policy enforcement. IRC channels have names that uniquely identify them

///

and "topics" that usually describe the conversation happening on the channel.

d. An IRC network is a collection of computers communicating with each other via IRC. Generally, an IRC network includes numerous clients (between a few dozen and tens of thousands) and one or several servers (most small networks can operate with only one server, but many have several for performance and availability reasons). Servers are generally always available, while clients connect and disconnect at various times.

e. An IRC robot, or "bot," is a program running as an IRC client that responds autonomously to commands sent to it by the IRC server. The bot can thus receive commands, perform functions, and provide information back to the IRC server without human interaction at the client level. A computer infected with a malicious IRC bot and connected to an IRC server is often also referred to as a "bot" or "zombie" or "drone."

f. An IRC botnet is an IRC network composed primarily of IRC bots (i.e., computers infected with an IRC bot), rather than human clients. The bot clients are configured to connect to an IRC channel and "wait" there for further commands. The botnet operator or controller (i.e., a human using an IRC client program) issues those commands by connecting to the IRC server, on the appropriate channel, and then issuing the commands. Most malicious bot programs are also capable of interpreting an IRC channel topic as a command. This allows the owner/operator of the botnet to configure a persistent command, which will be received and executed by every bot as it connects to the channel. This allows the botnet to operate without constant interaction by the operator of the network.

g. Malicious bots are installed on computers without the knowledge or consent of the computers' owners. The creator of the botnet typically does this by using a computer or computers to electronically scan or search, over the Internet, for computers with particular vulnerabilities or security weaknesses. He or she then uses an "exploit" or computer code written to take advantage of those vulnerabilities or weaknesses to compromise or "hack" the victim computer. Once the victim computer has been hacked, the computer can be infected and made a bot through the installation of malicious bot code. The bot code program connects to the appropriate IRC channel, where it will receive commands from the operator of the botnet.

h. Most malicious bot code includes code that enables the infected bot computer to also scan the Internet for, and compromise other computers, and infect these additional computers with the malicious bot code. By this means, the botnet can continually spread and grow. Depending on the intended use, botnets can range in size from fewer than one hundred computers to tens of thousands of computers. A botnet will grow and shrink in size as new computers are infected, or existing, infected computers are cleaned, shutdown, or removed from the Internet.

i. Malicious bot code damages the infected computer. It can take significant time, expertise, and expense to conduct a damage assessment, remove the botnet software, and restore the infected computer to its condition prior to the infection.

j. The process of scanning for vulnerable computers to add to the botnet is often done in a random, inefficient manner. While the process is generally successful, it inevitably generates

large amounts of network traffic, particularly within local networks. The increase in network traffic can be enough to completely interrupt and disable normal network communications. The network client computers are unable to perform their intended functions, and may require significant repairs in order to resume those normal functions.

k. Creators, owners and operators of botnets can locate their botnet servers or channels on server computers that they own, or that they have leased from others. IRC server software can also be installed on compromised or hacked computers, without the knowledge or permission of the owners of those computers. Botnet owners and operators can also move their illicit botnet servers and channels from server to server, to avoid or hamper detection.

l. A "distributed denial of service attack," or "DDOS attack" is a type of malicious computer activity where an attacker directs a large number of bots together to "flood" a victim computer with large amounts of data or specified computer commands. A DDOS attack typically renders the victim computer unable to handle legitimate network traffic and often the victim computer will be unable to perform its intended function and legitimate users are denied the services of the computer. Depending on the type and intensity of the DDOS attack, the victim computer and its network may become completely disabled, causing loss to persons who use the victim computer. Further, it can take significant time, expertise, and expense to respond to and defend against a DDOS attack.

2. Beginning no later than on or about July 22, 2004 and ending no later than on or about December 3, 2004, defendant GREGORY

///

KING used a botnet to launch DDOS attacks on Killanet's server and to infect additional computers with the malicious bot code.

3. Between on or about July 22, 2004, and on or about December 3, 2004, in the Eastern District of California and elsewhere, defendant GREGORY KING did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct intentionally caused damage without authorization to protected computers, that is, Killanet's server and other computers connected to the Internet which were used in interstate and foreign commerce and communication, and by such conduct caused loss to at least one person aggregating at least $5,000 in value during a one-year period.

4. In furtherance of the DDOS attacks, occurring between on or about July 22, 2004 and on or about February 18, 2007, defendant GREGORY KING employed, among others, the following ways and means:

a. KING entered Internet chat rooms to taunt his victims both before and after he DDOS attacked them.

b. KING used the following email addresses:

i. Silenz420@gmail.com,

ii. gregk707@gmail.com, and

iii. gregk707@yahoo.com.

c. KING used the password 1Fuckhead and 1Fuckhead1.

d. KING used the following aliases: Silenz, Silenz420, sZ, GregK, and Gregk707, with varying capitalizations.

e KING accessed the Internet from:

iv. The DSL line providing service to KING's parents' home in Fairfield, California;

///

v. the Solano County Public Library in Fairfield, California;

vi. a McDonalds restaurant in Fairfield, California; and

vii. a Best Buy store.

All in violation of Title 18, United States Code, Section 1030(a)(5), (c)(4)(A).

<u>COUNT TWO</u>: [18 U.S.C. § 1030(a)(5), (c)(4)(A) - Transmission of Code to Cause Damage to a Protected Computer]

The Grand Jury further charges:

GREGORY KING,
aka Silenz,
aka Silenz420,
aka sZ,
aka GregK,
aka Gregk707,

defendant herein, as follows:

5. Paragraph 1 above is realleged as if fully set forth herein.

6. On or about the dates set forth below, defendant GREGORY KING used a botnet to launch DDOS attacks on Killanet's server:

December 23, 2004

January 7, 2005

January 11, 2005

January 15, 2005

January 18, 2005

January 20, 2005

January 28, 2005

March 9, 2005

///

7. Between on or about December 23, 2004, and on or about March 9, 2005, in the Eastern District of California and elsewhere, defendant GREGORY KING did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct intentionally caused damage without authorization to a protected computer, that is, Killanet's server, a computer used in interstate and foreign commerce and communication, and by such conduct caused loss to at least one person aggregating at least $5,000 in value during a one-year period.

8. Paragraph 4 is realleged as if fully set forth herein.

All in violation of Title 18, United States Code, Section 1030(a)(5).

<u>COUNT THREE</u>: [18 U.S.C. § 1030(a)(5), (c)(4)(A) - Transmission of Code to Cause Damage to a Protected Computer]

The Grand Jury further charges:

GREGORY KING,
aka Silenz,
aka Silenz420,
aka sZ,
aka GregK,
aka Gregk707,

defendant herein, as follows:

9. Paragraph 1 above is realleged as if fully set forth herein.

10. On or about the dates set forth below, defendant GREGORY KING used a botnet to launch DDOS attacks on Killanet's server:

August 5, 2006

August 25, 2006

August 28, 2006

September 4, 2006

September 9, 2006

September 11, 2006

October 10, 2006

11. Between on or about December 23, 2005, and on or about December 22, 2006, in the Eastern District of California and elsewhere, defendant GREGORY KING did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct intentionally caused damage without authorization to a protected computer, that is, Killanet's server, a computer used in interstate and foreign commerce and communication, and by such conduct caused loss to at least one person during a one-year period aggregating at least $5,000 in value.

12. Paragraph 4 is realleged as if fully set forth herein.

All in violation of Title 18, United States Code, Section 1030(a)(5), (c)(4)(A).

<u>COUNT FOUR</u>: [18 U.S.C. § 1030(a)(5), (c)(4)(A) - Transmission of Code to Cause Damage to a Protected Computer]

The Grand Jury further charges:

GREGORY KING,
aka Silenz,
aka Silenz420,
aka sZ,
aka GregK,
aka Gregk707,

defendant herein, as follows:

13. Paragraph 1 above is realleged as if fully set forth herein.

14. At all times material herein, Castlecops was an Internet security community specializing in anti-phishing, malware analysis,

and combatting spam. Castlecops derived revenue from posting Google AdSense advertisements on its site.

15. Between on or about February 13, 2007 and on or about February 18, 2007, defendant GREGORY KING used a botnet to launch DDOS attacks on servers used by Castlecops.

16. Between on or about February 13, 2007, and on or about February 18, 2007, in the Eastern District of California and elsewhere, defendant GREGORY KING did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct intentionally caused damage without authorization to at least one protected computer, that is, a server computer used by Castlecops, such server being used in interstate and foreign commerce and communication, and by such conduct caused loss to at least one person during a one-year period aggregating at least $5,000 in value.

17. Paragraph 4 is realleged as if fully set forth herein. All in violation of Title 18, United States Code, Section 1030(a)(5), (c)(4)(A).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

PENALTY SLIP

SEALED

**DEFENDANT: GREGORY KING**
aka Silenz,
aka Silenz420,
aka sZ,
aka GregK,
aka Gregk707

COUNTS ONE THROUGH FOUR:

VIOLATION: 18 U.S.C. § 1030(a)(5), (c)(4)(A) - Transportation of Code to Cause Damage to a Protected Computer

PENALTY: Not More Than 10 years imprisonment
Not More Than $250,000 fine, or both;
3-years supervised release.

ASSESSMENT: Mandatory $100 special assessment **each count**.

2:07-CR-0442 LKK

No. ____________

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

GREGORY KING,
aka Silenz,
aka Silenz420,
aka sZ,
aka GregK,
aka Gregk707

SEALED

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1030(a)(5), (c)(4)(A) - Transmission of Code to Cause Damage to a Protected Computer (Four Counts)

*A true bill,*

/s/
*Foreman.*

*Filed in open court this* ______________ *day*

*of* ______________ *, A.D. 20* _____

*Clerk.*

*Bail, $* **NO BAIL WARRANT**

GREGORY G. HOLLOWS

GPO 863 525

2:07-CR-0442 LKK