**SEALED**

**FILED**

SEP 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07-CR-0442 LKK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| GREGORY KING, | ) | |
|   aka Silenz, | ) | |
|   aka Silenz420, | ) | |
|   aka sZ, | ) | |
|   aka GregK, | ) | |
|   aka Gregk707, | ) | |
| | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Arrest Warrant, Petition to Seal, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or further order of this Court.

DATED: Sep. 27, 2007

_____
**GREGORY G. HOLLOWS**
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge