DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr-S-07-442 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | Date: December 4, 2007 |
| GREGORY KING, ) | Time: 9:30 A.M. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

This matter came on for Status Conference on October 16, 2007, in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. Assistant United States Attorney Kyle Reardon appeared for Matthew Segal for the United States of America. Assistant Federal Defender Ned Smock appeared on behalf of Defendant Gregory King. The parties stipulate and agree that the time period between October 16, 2007, and December 4, 2007 be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel and defense preparation. This case has been

1 deemed a complex matter under Local Code T2.

2     IT IS ORDERED that this matter is continued to December 4, 2007,
3 at 9:30 a.m. for Status Conference.

4     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Codes T4 and T2, the period from October 16, 2007, up to
6 and including December 4, 2007, is excluded from the time computations
7 required by the Speedy Trial Act due to ongoing preparation of counsel.

9 Dated: October 18, 2007

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2