MCGREGOR W. SCOTT
United States Attorney
MATTHEW SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07-442 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| GREGORY CHARLES KING ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from December 4, 2007 to January 15, 2007 at 9:30 a.m. They stipulate that the time between December 4, 2007 and January 15, 2007 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, this case involves hundreds of pages of paper discovery and significant amounts of electronic evidence. The defense is scheduling a time to view the electronic evidence and may need to

1

retain an expert to provide assistance.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATE: November 30, 2007        By:   /s/ Matthew Segal
                                    MATTHEW SEGAL
                                    Assistant U.S. Attorney


DATE: November 30, 2007              /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant

                                    **SO ORDERED.**

DATE: November 30, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT