MCGREGOR W. SCOTT
United States Attorney
MATTHEW SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>             Plaintiff,  )<br>)<br>  v.                          )<br>)<br>GREGORY CHARLES KING     )<br>)<br>)<br>            Defendant.  )<br>_____) | CASE NO. 07-442 LKK<br><br><br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

     The parties request that the status conference in this case be continued from January 15, 2008 to February 12, 2008 at 9:30 a.m.  They stipulate that the time between January 15, 2008 and February 12, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, this case involves hundreds of pages of paper discovery and significant amounts of electronic evidence.  The parties are scheduling a time in two weeks to view the electronic evidence.

1

Counsel for both parties have been involved in preparation for trials, so scheduling time to review the complex evidence has taken longer than it otherwise would.  The defense may need to retain an expert to provide assistance.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: January 11, 2008         By:    /s/ Matthew Segal
                                      MATTHEW SEGAL
                                      Assistant U.S. Attorney

DATE: January 11, 2008                 /s/ Ned Smock
                                      NED SMOCK
                                      Attorney for Defendant

**SO ORDERED.**

DATE: January 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT