MCGREGOR W. SCOTT
United States Attorney
MATTHEW SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | CASE NO. 07-442 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| GREGORY CHARLES KING | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case
be continued from February 12, 2008 to March 11, 2008 at 9:30
a.m.  They stipulate that the time between February 12, 2008 and
March 11, 2008 should be excluded from the calculation of time
under the Speedy Trial Act.  The parties stipulate that the ends
of justice are served by the Court excluding such time, so that
counsel for the defendant may have reasonable time necessary for
effective preparation, taking into account the exercise of due
diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, this
case involves hundreds of pages of paper discovery and
significant amounts of electronic evidence.  The parties
scheduled a time to view the electronic evidence, but that

1  meeting had to be postponed because counsel for the government

2  was ill.  Counsel for both parties have been involved in

3  preparation for trials, so scheduling time to review the complex

4  evidence has taken longer than it otherwise would.  The meeting

5  is now scheduled for February 13, 2008.  The defense may need to

6  retain an expert to provide assistance after the initial review

7  of the electronic evidence.  The parties stipulate and agree that

8  the interests of justice served by granting this continuance

9  outweigh the best interests of the public and the defendant in a

10  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11

12                                    Respectfully Submitted,

13                                    McGREGOR W. SCOTT
                                      United States Attorney
14

15  DATE: February 11, 2008      By:   /s/ Matthew Segal

16                                    MATTHEW SEGAL
                                      Assistant U.S. Attorney
17

18  DATE: February 11, 2008            /s/ Ned Smock

19                                    NED SMOCK
                                      Attorney for Defendant
20

21                                    **SO ORDERED.**

22

DATE: February 11, 2008
23

24

25

26  LAWRENCE K. KARLTON
    SENIOR JUDGE
27  UNITED STATES DISTRICT COURT

28

                                   2