1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   NED SMOCK, Bar #236238
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    GREGORY KING
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )   Cr-S-07-442 LKK
                                     )
13                  Plaintiff,       )
                                     )    ORDER AFTER HEARING
14       v.                          )
                                     )   Date:  March 25, 2008
15  GREGORY KING,                    )   Time:  9:30 A.M.
                                     )   Judge: Hon. Lawrence K. Karlton
16                  Defendant.       )
                                     )
17  _____)

18

19

20       This matter came on for Status Conference on March 11, 2008, in

21  the courtroom of the Honorable Lawrence K. Karlton, United States

22  District Court Judge.  Assistant United States Attorney Matthew Segal

23  appeared for the United States of America.  Assistant Federal Defender

24  Ned Smock appeared on behalf of Defendant Gregory King.  The parties

25  stipulate and agree that the time period between March 11, 2008, and

26  March 25, 2008 be excluded under the Speedy Trial Act (18 U.S.C.

27  §3161(h)(8)(B)(iv) and Local Code T4), based on continuity of counsel

28  and defense preparation.  This case has been deemed a complex matter

under Local Code T2.

IT IS ORDERED that this matter is continued to March 25, 2008, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Codes T4 and T2, the period from March 11, 2008, up to and including March 25, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: March 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2