1 | MCGREGOR W. SCOTT
United States Attorney
2 | MATTHEW D. SEGAL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2708

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )      CASE NO. 2:07-CR-442 LKK
                                 )
11 |                  Plaintiff,    )
                                 )
12 |      v.                       )      STIPULATION AND
                                 )      ORDER TO EXCLUDE TIME
13 | GREGORY KING                  )
                                 )
14 |                              )
                  Defendant.     )
15 | _____)

16

17        The parties stipulate that the time between March 25, 2008

18 | and the next status conference, on April 15, 2008, should be

19 | excluded from the calculation of time under the Speedy Trial Act.

20 | The parties stipulate that the ends of justice are served by the

21 | Court excluding such time, so that counsel for the defendant may

22 | have continuity of counsel and reasonable time necessary for

23 | effective preparation, taking into account the exercise of due

24 | diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, counsel

25 | for the defendant has recently received discovery that requires

26 | evaluation.  Also, a different Federal Defender attorney is going

27 | to be assigned to this case.  The parties stipulate and agree

28 | that the interests of justice served by granting this continuance

1

1  outweigh the best interests of the public and the defendant in a

2  speedy trial.   18 U.S.C. § 3161(h)(8)(A).

3        Pursuant to Rule 12(c), the parties stipulate and agree that

4  any pretrial motions will be filed by April 15, 2008.

5

6                                    Respectfully Submitted,

7                                    McGREGOR W. SCOTT
                                     United States Attorney

8

9
   DATE: March 27, 2008        By:    /s/ Matt Segal
10                                    MATTHEW D. SEGAL
                                     Assistant U.S. Attorney

11

12
   DATE: March 27, 2008               /s/ Ned Smock
13                                    NED SMOCK
                                     Attorney for Defendant

14

15                                   **SO ORDERED.**

16
   DATE: March 27, 2008
17

18

19                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
20                                   UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

                                     2