DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHARLES KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07-442 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| GREGORY CHARLES KING ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from April 15, 2008 to May 6, 2008 at 9:30 a.m. They stipulate that the time between April 15, 2008 and May 6 2008, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

More specifically, this case has been reassigned following

1

the departure of Ned Smock from the Office of the Federal Defender for this district.  Newly assigned counsel has been unable adequately to familiarize himself with the case due to ongoing deadlines in two particularly complicated matters.  In addition the government has agreed to supply an offer of terms for resolution of the case that would need to be communicated and discussed with Mr. King.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: April 14, 2008          By:   /s/ Matthew Segal
                                    MATTHEW SEGAL
                                    Assistant U.S. Attorney


DATE: April 14, 2008                /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant


**O R D E R**

**IT IS SO ORDERED.**

By the court,


DATE: April 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT