DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHARLES KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07-442 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | EXCLUDING TIME |
| GREGORY CHARLES KING ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Following a status conference on May 28, 2008, the unopposed request by the defense to continue the case until June 10, 2008, was granted. Defense counsel was ordered to instruct Mr. King to be present in court on that date.  Time for trial under the Speedy Trial Act is excluded between May 28, 2008, and June 10, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv)(defense preparation).

    IT IS SO ORDERED.

                                By the court,


DATE: May 29, 2008
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT