DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY CHARLES KING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>   v.                      )<br>)<br>GREGORY CHARLES KING   )<br>)<br>      Defendant.    )<br>_____) | CASE NO. 07-442 LKK<br><br>STIPULATION AND ORDER REMANDING DEFENDANT INTO CUSTODY TO AWAIT SENTENCING AND EXONERATING BAIL |

   **Whereas** Mr. King is awaiting sentencing in the above case following his plea of guilty, and

   **Whereas** Mr. King previously was released on a $25,000 unsecured bond, co-signed by his mother, CR10, and other conditions, including pretrial supervision, CR 11, which terms were continued by this court at the time Mr. King entered his guilty plea, and

   **Whereas** the parties have agreed that a term of incarceration of two years imprisonment is appropriate in this case, and

   **Whereas** Mr. King, acting on the instructions of his attorney, surrendered to the U.S. Marshal this morning, and is currently in custody,

**THEREFORE,** acting pursuant to the request of Mr. King and his counsel, **IT IS HEREBY STIPULATED** by and between MATTHEW SEGAL Assistant U.S. Attorney, Counsel for Plaintiff, and JEFFREY STANIELS, Counsel for Mr. King, that Mr. King's previously ordered release be REVOKED and that Mr. King be ordered detained pending sentencing in this case.

**IT IS FURTHER STIPULATED** that the obligations of the co-signer of the appearance bond be exonerated in light of Mr. King's entry into custody.

**IT IS SO STIPULATED.**

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: July 25, 2008        By:   /s/ Matthew Segal
                                 MATTHEW SEGAL
                                 Assistant U.S. Attorney

DATE: July 25, 2008              /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

DATE: July 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE